# United States Bankruptcy Court
## District of New Jersey

Cibik Law, P.C.
By: Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Debtor

In re: Richard An Tran Nguyen,
　　　　Debtor.

Case No.:　　23-13081

Chapter:　　13

Hearing Date: December 12, 2023

Judge:　　Altenburg

### NOTICE OF DEBTOR'S MOTION TO RECONSIDER DISMISSAL

Debtor Richard An Tran Nguyen filed papers with the court to reconsider dismissal of this bankruptcy case.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:　　December 12, 2023

Hearing Time:　　10:00 a.m.

Hearing Location:　　Mitchell H. Cohen U.S. Courthouse
　　　　　　　　　　400 Cooper Street, 4th Floor
　　　　　　　　　　Camden, NJ 08101

Courtroom Number:　　4B

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Michael I. Assad
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: November 16, 2023　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　　　　*Counsel for Debtor*

　　　　　　　　　　　　　　　　　　　　By: /s/ Michael I. Assad
　　　　　　　　　　　　　　　　　　　　　　 Michael I. Assad