# United States Bankruptcy Court
# District of New Jersey

Cibik Law, P.C.
By: Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Debtor

In re: Richard An Tran Nguyen,
       Debtor.

Case No.:       23-13081

Chapter:        13

Hearing Date: December 12, 2023

Judge:          Altenburg

## CERTIFICATION OF MICHAEL I. ASSAD IN SUPPORT OF DEBTOR'S MOTION TO RECONSIDER DISMISSAL

I, Michael I. Assad, certify as follows:

1. I am counsel for the above debtor.

2. Upon information and belief, the Debtor filed all schedules, statements, and required documents in this bankruptcy case.

3. The debtor filed a feasible plan, with supporting income and budget statements.

4. Upon information and belief, the Debtor provided all required documents to the trustee.

5. Upon information and belief, the Debtor provided evidence of income to the trustee.

6. The Debtor's amended plan addressed and cured the grounds that gave rise to the creditor's objection that was pending at the time the case was dismissed.

I certify under penalty of perjury that the above is true.

Date: November 16, 2023

/s/ Michael I. Assad
Michael I. Assad