# United States Bankruptcy Court
## District of New Jersey

Cibik Law, P.C.
By: Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Debtor

In re: Richard An Tran Nguyen,
     Debtor.

Case No.:    23-13081

Chapter:    13

Hearing Date: December 12, 2023

Judge:    Altenburg

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: November 16, 2023

/s/ Michael I. Assad
Michael I. Assad