| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Cibik Law, P.C.<br>By: Michael I. Assad<br>1500 Walnut Street Suite 900<br>Philadelphia, PA 19102<br>Phone: (215) 735-1060<br>Email: mail@cibiklaw.com<br>Bar Number: 338972023<br>Attorney for Debtor | Case No.:  23-13081<br><br>Chapter:  13 |
| In Re:<br><br>Richard An Tran Nguyen,<br><br>        Debtor. | Adv. No.:<br><br>Hearing Date:  December 12, 2023<br><br>Judge:  Altenburg |

## CERTIFICATION OF SERVICE

1. I, Michael I. Assad:

    ☒ represent Debtor Richard An Tran Nguyen in this matter.

    ☐ am the secretary/paralegal for _____, who represents ____ in this matter.

    ☐ am the ____ in this case and am representing myself.

2. On November 16, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Debtor's Motion to Reconsider Dismissal and All Attachments

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   November 16, 2023                    /s/ Michael I. Assad_____
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Navy Federal Credit Union<br>P.O. Box 23800<br>Merrifield, VA 22119-3800 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Jersey Turnpike Authority<br>P.O. Box 5042<br>Woodbridge, NJ 07095 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Philadelphia Parking Authority<br>701 Market Street Suite 5400<br>Philadelphia, PA 19106 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Police and Fire Federal Credit Union<br>3333 Street Rd<br>Bensalem, PA 19020-2051 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quantum3 Group LLC as agent for Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Synchrony Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Truist Bank<br>Attn: Default Bankruptcy Mgmt<br>PO BOX 85092<br>Richmond, VA 23286 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |