Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−13081−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard An Tran Nguyen
   771 E Broad St
   Gibbstown, NJ 08027−1141

Social Security No.:
   xxx−xx−6938

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/14/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 15, 2023
JAN: as

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Richard An Tran Nguyen  
    Debtor

Case No. 23-13081-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Nov 15, 2023      Form ID: 148      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard An Tran Nguyen, 771 E Broad St, Gibbstown, NJ 08027-1141 |
| 519889444 | | American Express National Bank, c/o American Express Legal, PO Box 278, Ramsey, NJ 07446-0278 |
| 519889450 | + | County of Gloucester, PO Box 337, Woodbury, NJ 08096-7337 |
| 519889460 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 519889461 | | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 519889462 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 519889463 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 519889467 | | South Jersey Transportation Authority, PO Box 351, Hammonton, NJ 08037-0351 |
| 519889468 | | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519889472 | | Township of Greenwich, 420 Washington St, Gibbstown, NJ 08027-1029 |
| 519889474 | | U.S. Attorney, District of N.J., 970 Broad St Fl 7, Newark, NJ 07102-2527 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 15 2023 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 15 2023 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519917209 | | Email/PDF: bncnotices@becket-lee.com | Nov 15 2023 21:13:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519889449 | | Email/Text: megan.harper@phila.gov | Nov 15 2023 21:02:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 519889445 | + | EDI: CAPITALONE.COM | Nov 16 2023 01:52:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519889447 | + | EDI: CITICORP.COM | Nov 16 2023 01:52:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519889448 | | Email/Text: bankruptcy@philapark.org | Nov 15 2023 21:02:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 519889451 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 15 2023 21:01:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 519894505 | | EDI: DISCOVER.COM | Nov 16 2023 01:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519889452 | + | EDI: DISCOVER.COM | Nov 16 2023 01:52:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519889453 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 15 2023 21:01:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |

Case 23-13081-ABA   Doc 23   Filed 11/17/23   Entered 11/18/23 00:22:52   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2023 | Form ID: 148 | Total Noticed: 45 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519889454 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 15 2023 21:02:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519889455 | | EDI: IRS.COM | Nov 16 2023 01:52:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519889446 | | EDI: JPMORGANCHASE | Nov 16 2023 01:52:00 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 519907660 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 15 2023 21:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519889456 | | Email/Text: EBN@Mohela.com | Nov 15 2023 21:01:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 519889458 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 15 2023 21:01:00 | New Jersey Turnpike Authority, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519889457 | + | EDI: NFCU.COM | Nov 16 2023 01:52:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519901931 | ^ | MEBN | Nov 15 2023 20:59:58 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, VA 22119-3800 |
| 519889459 | | EDI: AGFINANCE.COM | Nov 16 2023 01:52:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 519889465 | ^ | MEBN | Nov 15 2023 21:00:27 | PSE&G, 80 Park Plz, Newark, NJ 07102-4194 |
| 519896948 | + | Email/Text: bankruptcy@philapark.org | Nov 15 2023 21:02:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 519889464 | + | Email/Text: bankruptcy1@pffcu.org | Nov 15 2023 21:02:00 | Police and Fire Federal Credit Union, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 519952993 | | EDI: Q3G.COM | Nov 16 2023 01:52:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519889466 | | Email/Text: bankruptcynotice@sjindustries.com | Nov 15 2023 21:01:00 | South Jersey Gas, 1 S Jersey Pl, Atlantic City, NJ 08401-6069 |
| 519889469 | ^ | MEBN | Nov 15 2023 20:57:14 | State of New Jersey, Office of the Attorney General, PO Box 080, Trenton, NJ 08625-0080 |
| 519949937 | + | EDI: AIS.COM | Nov 16 2023 01:52:00 | Synchrony Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519889470 | | EDI: RMSC.COM | Nov 16 2023 01:52:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 519889471 | | EDI: TCISOLUTIONS.COM | Nov 16 2023 01:52:00 | The Bank of Missouri, Attn: Bankruptcy, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 519889473 | | Email/Text: bankruptcy@bbandt.com | Nov 15 2023 21:02:00 | Truist, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 519923528 | + | Email/Text: bankruptcy@bbandt.com | Nov 15 2023 21:02:00 | Truist Bank, Attn: Default Bankruptcy Mgmt, PO BOX 85092, Richmond, VA 23285-5092 |
| 519899163 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 15 2023 21:02:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519889475 | ^ | MEBN | Nov 15 2023 20:59:02 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 519889476 | | Email/Text: bknotice@upgrade.com | Nov 15 2023 21:01:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 34

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 15, 2023 | Form ID: 148 | Total Noticed: 45 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor Navy Federal Credit Union nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Michael I. Assad | on behalf of Debtor Richard An Tran Nguyen mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4