**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Cibik Law, P.C.<br>By: Michael I. Assad<br>1500 Walnut Street Suite 900<br>Philadelphia, PA 19102<br>Phone: (215) 735-1060<br>Email: mail@cibiklaw.com<br>Bar Number: 338972023<br>Attorney for Debtor | Case No.: 23-13081-ABA |
| | Chapter: 13 |
| In re: Richard An Tran Nguyen,<br>         Debtor. | Judge: Altenburg |

**ORDER ON MOTION TO VACATE DISMISSAL OF CASE**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

**ORDERED** that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

**IT IS FURTHER ORDERED** that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

**IT IS FURTHER ORDERED** that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

**IT IS FURTHER ORDERED** that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to January 10, 2023 at 9:00 a.m.

**IT IS FURTHER ORDERED** that within 10 days of this Order, the Debtor shall:

a. Provide pay advices for Debtor for pay periods ending 2/24/23 and 3/10/23 from USPS;

b. Provide a tax declaration;

c. Resolve State of New Jersey's estimated proof of claim for 2022.

**IT IS FURTHER ORDERED** In the event Debtor fails to comply with the terms of this Order, Debtor's case shall be immediately dismissed upon the filing of a Certification of Non-Compliance by the Chapter 13 Trustee.