# United States Bankruptcy Court
# District of New Jersey

| | |
|---|---|
| Cibik Law, P.C.<br>By: Michael I. Assad<br>1500 Walnut Street Suite 900<br>Philadelphia, PA 19102<br>Phone: (215) 735-1060<br>Email: mail@cibiklaw.com<br>Bar Number: 338972023<br>Attorney for Debtor | Case No.:  23-13081-ABA<br><br>Chapter:  13<br><br>Hearing Date: January 9, 2024<br><br>Judge:  Altenburg |
| In re: Richard An Tran Nguyen,<br>         Debtor. | |

## NOTICE OF OBJECTION TO YOUR CLAIM

To: State of New Jersey Division of Taxation

Debtor Richard An Tran Nguyen has filed the enclosed Motion to Object to Claim No. 11 of State of New Jersey Division of Taxation (Docket No. 26), which seeks to alter your rights by disallowing your claim.

If you disagree with the objection, you must file a response to the objection with the Clerk of the Bankruptcy Court at the address below on or before January 2, 2024.

At the same time, you must also serve a copy of the response upon the objector's attorney:

Michael I. Assad
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the honorable Andrew B. Altenburg, Jr. on January 9, 2024, at 10:00 a.m. at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101, Courtroom No. 4B.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: December 6, 2023                    CIBIK LAW, P.C.
                                          *Counsel for Debtor*

                                          By: /s/ Michael I. Assad
                                              Michael I. Assad