# United States Bankruptcy Court
## District of New Jersey

Cibik Law, P.C.
By: Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Debtor

In re: Richard An Tran Nguyen,
     Debtor.

Case No.:  23-13081-ABA

Chapter:  13

Hearing Date: January 9, 2024

Judge:  Altenburg

## CERTIFICATION OF DEBTOR IN SUPPORT OF DEBTOR'S MOTION TO OBJECT TO CLAIM NO. 11 OF STATE OF NEW JERSEY DIVISION OF TAXATION

I, Richard An Tran Nguyen, certify as follows:

1. I am the debtor in the above case.

2. For the tax year ending December 31, 2022, I filed a Pennsylvania state income tax return.

3. I had no income taxable by New Jersey for the tax year ending December 31, 2022, and have no tax liability to New Jersey for that year.

I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: December 6, 2023

/s/ Richard An Tran Nguyen
Richard An Tran Nguyen