# United States Bankruptcy Court
# District of New Jersey

Cibik Law, P.C.
By: Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Debtor

In re: Richard An Tran Nguyen,
      Debtor.

Case No.:　　23-13081-ABA

Chapter:　　13

Hearing Date: January 9, 2024

Judge:　　Altenburg

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: December 6, 2023

／s／ *Michael I. Assad*
Michael I. Assad