**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Cibik Law, P.C.<br>By: Michael I. Assad<br>1500 Walnut Street Suite 900<br>Philadelphia, PA 19102<br>Phone: (215) 735-1060<br>Email: mail@cibiklaw.com<br>Bar Number: 338972023<br>Attorney for Debtor | Case No.: 23-17261-ABA |
| | Chapter: 13 |
| In re: Richard An Tran Nguyen,<br>         Debtor. | Hearing Date: January 9, 2024 |
| | Judge: Altenburg |

**ORDER MODIFYING CLAIM**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

This matter having come before the Court upon the Debtor's Motion to Object to Claim No. 11 of State of New Jersey Division of Taxation, and the Court having examined the evidence presented, and for good cause shown, it is hereby

**ORDERED** that Claim No. 11 of State of New Jersey Division of Taxation is disallowed in its entirety.