UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Cibik Law, P.C.
By: Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Debtor

In Re:

Richard An Tran Nguyen,

      Debtor.

| | |
|---|---|
| Case No.: | 23-13081-ABA |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | January 9, 2024 |
| Judge: | Altenburg |

## CERTIFICATION OF SERVICE

1.  I, Michael I. Assad:

    ☒  represent Debtor Richard An Tran Nguyenin this matter.

    ☐  am the secretary/paralegal for                          , who represents   in this matter.

    ☐  am the  in this case and am representing myself.

2.      On December 6, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Debtor's Motion to Object to Claim No. 11 of State of New Jersey Division of Taxation

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   December 6, 2023                          /s/ Michael I. Assad_____
                                                      Signature

Signature
Signature
/s/ Michael I. Assad
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Standing Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Division of Taxation Bankruptcy<br>PO Box 245<br>Trenton, NJ 08695 | Creditor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Attorney General Office Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street,  PO Box 112<br>Trenton, NJ 08625-0112 | Counsel for Creditor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee | U.S. Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |