**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Cibik Law, P.C.
By: Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Debtor

In re: Richard An Tran Nguyen,
　　　　Debtor.

Case No.:　　23-13081-ABA

Chapter:　　13

Hearing Date: January 9, 2024

Judge:　　Altenburg

**ORDER MODIFYING CLAIM**

　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

This matter having come before the Court upon the Debtor's Motion to Object to Claim No. 11 of State of New Jersey Division of Taxation, and the Court having examined the evidence presented, and for good cause shown, it is hereby

**ORDERED** that Claim No. 11 of State of New Jersey Division of Taxation is disallowed in its entirety.