Form ntcrics − ntcreincsv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−13081−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard An Tran Nguyen
   771 E Broad St
   Gibbstown, NJ 08027−1141

Social Security No.:
   xxx−xx−6938

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

   Notice is hereby given that an order vacating dismissal of this case was entered on 12/13/23. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

   The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: December 13, 2023
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Richard An Tran Nguyen  
    Debtor

Case No. 23-13081-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Dec 13, 2023     Form ID: ntcrics     Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard An Tran Nguyen, 771 E Broad St, Gibbstown, NJ 08027-1141 |
| 519889444 | | American Express National Bank, c/o American Express Legal, PO Box 278, Ramsey, NJ 07446-0278 |
| 519889450 | + | County of Gloucester, PO Box 337, Woodbury, NJ 08096-7337 |
| 519889460 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 519889461 | | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 519889462 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 519889463 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 519889467 | | South Jersey Transportation Authority, PO Box 351, Hammonton, NJ 08037-0351 |
| 519889472 | | Township of Greenwich, 420 Washington St, Gibbstown, NJ 08027-1029 |
| 519889474 | | U.S. Attorney, District of N.J., 970 Broad St Fl 7, Newark, NJ 07102-2527 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 13 2023 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 13 2023 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519917209 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 20:48:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519889449 | | Email/Text: megan.harper@phila.gov | Dec 13 2023 20:41:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 519889445 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2023 20:48:06 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519889447 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2023 20:48:07 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519889448 | | Email/Text: bankruptcy@philapark.org | Dec 13 2023 20:41:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 519889451 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 13 2023 20:40:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 519894505 | | Email/Text: mrdiscen@discover.com | Dec 13 2023 20:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519889452 | + | Email/Text: mrdiscen@discover.com | Dec 13 2023 20:40:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519889453 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 13 2023 20:40:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 519889454 | + | Email/Text: electronicbkydocs@nelnet.net | | |

| | | | | |
|---|---|---|---|---|
| | | | Dec 13 2023 20:41:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519889455 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 13 2023 20:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519889446 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2023 20:48:07 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 519907660 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 13 2023 20:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519889456 | | Email/Text: EBN@Mohela.com | Dec 13 2023 20:40:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 519889458 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 13 2023 20:40:00 | New Jersey Turnpike Authority, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519889457 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 13 2023 20:41:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519901931 | ^ | MEBN | Dec 13 2023 20:38:52 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, VA 22119-3800 |
| 519889459 | | Email/PDF: cbp@omf.com | Dec 13 2023 20:48:03 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 519889465 | ^ | MEBN | Dec 13 2023 20:39:03 | PSE&G, 80 Park Plz, Newark, NJ 07102-4194 |
| 519896948 | + | Email/Text: bankruptcy@philapark.org | Dec 13 2023 20:41:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 519889464 | + | Email/Text: bankruptcy1@pffcu.org | Dec 13 2023 20:40:00 | Police and Fire Federal Credit Union, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 519952993 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2023 20:41:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519889466 | | Email/Text: bankruptcynotice@sjindustries.com | Dec 13 2023 20:40:00 | South Jersey Gas, 1 S Jersey Pl, Atlantic City, NJ 08401-6069 |
| 519889468 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 13 2023 20:40:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519889469 | ^ | MEBN | Dec 13 2023 20:37:25 | State of New Jersey, Office of the Attorney General, PO Box 080, Trenton, NJ 08625-0080 |
| 519949937 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2023 20:48:02 | Synchrony Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519889470 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2023 20:48:13 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 519889471 | | Email/Text: famc-bk@1stassociates.com | Dec 13 2023 20:41:00 | The Bank of Missouri, Attn: Bankruptcy, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 519889473 | | Email/Text: bankruptcy@bbandt.com | Dec 13 2023 20:40:00 | Truist, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 519923528 | + | Email/Text: bankruptcy@bbandt.com | Dec 13 2023 20:40:00 | Truist Bank, Attn: Default Bankruptcy Mgmt, PO BOX 85092, Richmond, VA 23285-5092 |
| 519899163 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 13 2023 20:41:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519889475 | ^ | MEBN | Dec 13 2023 20:37:20 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 519889476 | | Email/Text: bknotice@upgrade.com | Dec 13 2023 20:40:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor Navy Federal Credit Union nj-ecfmail@mwc-law.com  jhillier@mwc-law.com |
| Michael I. Assad | on behalf of Debtor Richard An Tran Nguyen mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4