| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**McCABE, WEISBERG & CONWAY, LLC**<br>**By: Andrew M. Lubin, Esq. (Atty. I.D.#AL0814)**<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant: Navy Federal Credit Union | |
| IN re:<br><br>Richard An Tran Nguyen<br>     Debtor | Case No.: 23-13081-ABA<br>Chapter: 13<br>Judge: Andrew B. Altenburg Jr. |

### CERTIFICATION OF SERVICE

1. I, <u>Lisa Tok</u>:

   ☐ represent the _____ in this matter.

   ☒ am the secretary/paralegal for <u>Andrew M. Lubin, Esq.</u>, who represents the <u>Movant</u> in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>January 11, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Motion for Relief of Automatic Stay
   - Certifications in support of Motion for Relief from Automatic Stay
   - Proposed Order
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 11, 2024                                                                 */s/* Lisa Tok
                                                                                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Richard An Tran Nguyen<br>771 E Broad St<br>Gibbstown, New Jersey 08027-1141 | Debtor | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Michael I. Assad<br>Cibik Law, P.C.<br>1500 Walnut St Ste 900<br>Philadelphia, Pennsylvania 19102 | Attorney for Debtor | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, New Jersey 08002 | Chapter 13 Trustee | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, New Jersey 07102 | US Trustee | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/16*