**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Cibik Law, P.C.
By: Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Debtor

In re: Richard An Tran Nguyen,
　　　Debtor.

Order Filed on January 10, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:　　23-13081-ABA

Chapter:　　13

Hearing Date: January 9, 2024

Judge:　　　Altenburg

### ORDER MODIFYING CLAIM

　　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: January 10, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having come before the Court upon the Debtor's Motion to Object to Claim No. 11 of State of New Jersey Division of Taxation, and the Court having examined the evidence presented, and for good cause shown, it is hereby

**ORDERED** that Claim No. 11 of State of New Jersey Division of Taxation is disallowed in its entirety.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 23-13081-ABA

Richard An Tran Nguyen                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                        Page 1 of 1
Date Rcvd: Jan 10, 2024                Form ID: pdf903                            Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Richard An Tran Nguyen, 771 E Broad St, Gibbstown, NJ 08027-1141 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2024                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor Navy Federal Credit Union nj-ecfmail@mwc-law.com  jhillier@mwc-law.com |
| Michael I. Assad | on behalf of Debtor Richard An Tran Nguyen mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4