UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Cibik Law, P.C.
By: Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Debtor

In Re:

Richard An Tran Nguyen,
 Debtor.

Case No.:      23-13081-ABA

Judge:         Altenburg

Chapter:       13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by   Navy Federal Credit Union  , creditor,

   A hearing has been scheduled for    February 6, 2024   , at  10:00 am .

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $     6,078.20     , but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: January 22, 2024                              /s/ Richard An Tran Nguyen
                                                    Debtor's Signature

Date: _____              _____
                                                    Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

Case 23-13081-ABA    Doc 36    Filed 01/22/24    Entered 01/22/24 11:55:04    Desc Main

11:33  .ıll 5G 81

  **Transaction Detail**

## Adjustment - Dr

-$3,878.20

**POSTED**

**Running Balance**

$2,199.62

**Date**

01/18/2024

**Transaction Type**

Debit



© 2024 Navy Federal Credit Union. All rights reserved.
Federally insured by NCUA

11:33 



## Transaction Detail

### Adjustment

### -$2,200.00


PENDING

**Running Balance**
$55.25

**Date**
01/22/2024

**Transaction Type**
Debit



© 2024 Navy Federal Credit Union. All rights reserved.
Federally insured by NCUA