| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **McCABE, WEISBERG & CONWAY, LLC**<br><br>By: Andrew M. Lubin, Esq. (Atty. I.D.#ALO814)<br><br>216 Haddon Avenue, Suite 201<br><br>Westmont, NJ 08108<br><br>856-858-7080<br><br>Attorneys for Movant: Navy Federal Credit Union |
| In Re:<br><br><br>Richard An Tran Nguyen<br>      Debtor |

Case No.: 23-13081-ABA

Chapter: 13

Hearing Date: February 6, 2024

Time: 10:00 a.m.

Judge: Andrew B. Altenburg Jr..

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled  ☐ Withdrawn

Matter: Motion For Relief From Stay, OTBS

Date: February 5, 2024                    /s/ Andrew M. Lubin
                                           Signature

*rev.8/1/15*

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
|---|---|
| **McCABE, WEISBERG & CONWAY, LLC** <br><br> By: Andrew M. Lubin, Esq. (Atty. I.D.#ALO814) <br><br> 216 Haddon Avenue, Suite 201 <br><br> Westmont, NJ 08108 <br><br> 856-858-7080 <br><br> Attorneys for Movant: Navy Federal Credit Union | |
| In re: <br><br><br> Richard An Tran Nguyen <br><br>    Debtor | Case No.: 23-13081-ABA <br><br> Chapter: 13 <br><br> Judge: Andrew B. Altenburg Jr. |

## CERTIFICATION OF SERVICE

1. I, Christina Burns:

    ❏ represent the Movant in the above-captioned matter.

    ☒ am the secretary/paralegal for Andrew M. Lubin, Esq., who represents the Movant in the above captioned matter.

    ❏ am the _____ in the above case and am representing myself.

2. On February 5, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Status Change Form

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>February 5, 2024</u>                                                                                     <u>*/s/* Christina Burns</u>
                                                                                                                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Richard An Tran Nguyen<br>771 E Broad St<br>Gibbstown, NJ 08027-1141 | Debtor | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Michael I. Assad<br>Cibik Law, P.C.<br>1500 Walnut St Ste 900<br>Philadelphia, PA 19102 | Attorney for Debtor | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Andrew B. Finberg<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 − Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| US Dept. of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, New Jersey 07102 | US Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.4/24/12*