UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**McCABE, WEISBERG & CONWAY, LLC**
**By: Andrew M. Lubin, Esq. (Atty.**
**I.D.#AL0814)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
Attorneys for Movant: Navy Federal Credit
Union

Order Filed on March 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN re:

Richard An Tran Nguyen
          Debtor

Case No.: 23-13081-ABA
Chapter: 13
Hearing Date: February 6, 2024
at 10:00 a.m.
Judge: Andrew B. Altenburg Jr.

| Recommended Local Form | ☒ Followed | ☐ Modified |

## ORDER RESOLVING MOTION TO VACATE STAY
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is

hereby **ORDERED**

**DATED: March 1, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Applicant:                                Navy Federal Credit Union
Applicant's Counsel:                      Andrew M. Lubin, Esq.
Property Involved ("Collateral")          771 East Broad Street, Gibbstown, New Jersey 08027

Relief Sought:        ☒  Motion for relief from the automatic stay

                      ☐  Motion to dismiss

                      ☐  Motion for prospective relief to prevent imposition of     automatic stay
                      against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that the Applicant's Motion(s) is (are) resolved, subject to
the following conditions:

1.        Status of post-petition arrearages:

          ☒  Debtor brought the account current through February 2024, during the pendency of

             the Motion.

          Total Arrearages Due: <u>$0.00</u>

2.        Debtor must cure all post-petition arrearages, as follows:

          ☒  Beginning on March 1, 2024, regular monthly mortgage payment shall continue to be

             made in the amount of $2,145.58.

3.        Payments to the Secured Creditor shall be made to the following address(es):

          ☐      Immediate payment:           Navy Federal Credit Union
                                              P.O. Box 3302
                                              Merrifield, VA 22119-3302
          ☒      Regular monthly payment:     Same as above
          ☐      Monthly cure payment:        Same as above

4.        In the event of Default:

          ☒      If the Debtor fails to make the immediate payment specified above or fails to make

          any regular monthly payment or the additional monthly cure payment within thirty (30) days

          of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the

          Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification

          specifying the Debtor's failure to comply with this Order.  At the time the Certification is

          filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the

          Debtor and the Debtor's attorney.

          ☐      If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a

          new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's

          opportunity to proceed against its Collateral without further Order of the Court.

5.        In the event the Debtor converts his/her case to a Chapter 11, the terms of the Order shall

          remain in full force and effect.  In the event that the Debtor converts his/her case to a Chapter

7, Debtor shall cure all pre-petition and post-petition arrears within ten (10) days of
conversion.  Failure to cure the arrears shall constitute an event of default under this Order
and Movant may certify default as set forth in paragraph 4 of this order.

6.      Award of Attorneys' Fees:

☒       The Applicant is awarded attorney fees of $500.00 and costs of $199.00.

The fees and costs are payable:

☒       through the Chapter 13 plan.