Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−13081−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Richard An Tran Nguyen
  771 E Broad St
  Gibbstown, NJ 08027−1141

Social Security No.:
  xxx−xx−6938

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 29, 2024.

Dated: March 1, 2024
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-13081-ABA
Richard An Tran Nguyen  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Mar 01, 2024      Form ID: plncf13      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard An Tran Nguyen, 771 E Broad St, Gibbstown, NJ 08027-1141 |
| 519889444 | | American Express National Bank, c/o American Express Legal, PO Box 278, Ramsey, NJ 07446-0278 |
| 519889450 | + | County of Gloucester, PO Box 337, Woodbury, NJ 08096-7337 |
| 519889461 | | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 519889462 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 519889463 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 519889467 | | South Jersey Transportation Authority, PO Box 351, Hammonton, NJ 08037-0351 |
| 519889472 | | Township of Greenwich, 420 Washington St, Gibbstown, NJ 08027-1029 |
| 519889474 | | U.S. Attorney, District of N.J., 970 Broad St Fl 7, Newark, NJ 07102-2527 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2024 21:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2024 21:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519917209 | | Email/PDF: bncnotices@becket-lee.com | Mar 01 2024 21:48:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519889449 | | Email/Text: megan.harper@phila.gov | Mar 01 2024 21:41:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 519889445 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2024 21:48:49 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519889447 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2024 21:48:59 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519889448 | | Email/Text: bankruptcy@philapark.org | Mar 01 2024 21:41:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 519889451 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 01 2024 21:37:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 519894505 | | Email/Text: mrdiscen@discover.com | Mar 01 2024 21:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519889452 | + | Email/Text: mrdiscen@discover.com | Mar 01 2024 21:37:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519889453 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 01 2024 21:39:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 519889454 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 01 2024 21:40:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

Case 23-13081-ABA  Doc 42  Filed 03/03/24  Entered 03/04/24 00:20:00  Desc Imaged
Certificate of Notice  Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 01, 2024 | Form ID: plncf13 | Total Noticed: 45 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 519889455 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 01 2024 21:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519889446 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 01 2024 22:05:16 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 519907660 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 01 2024 21:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519889456 | Email/Text: EBN@Mohela.com | Mar 01 2024 21:39:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 519889458 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 01 2024 21:38:00 | New Jersey Turnpike Authority, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519889457 | + Email/Text: ext_ebn_inbox@navyfederal.org | Mar 01 2024 21:41:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519901931 | ^ MEBN | Mar 01 2024 21:31:04 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, VA 22119-3800 |
| 519889459 | Email/PDF: cbp@omf.com | Mar 01 2024 21:48:40 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 519889460 | Email/Text: fesbank@attorneygeneral.gov | Mar 01 2024 21:39:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 519889465 | ^ MEBN | Mar 01 2024 21:31:34 | PSE&G, 80 Park Plz, Newark, NJ 07102-4194 |
| 519896948 | + Email/Text: bankruptcy@philapark.org | Mar 01 2024 21:41:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 519889464 | + Email/Text: bankruptcy1@pffcu.org | Mar 01 2024 21:39:00 | Police and Fire Federal Credit Union, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 519952993 | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2024 21:40:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519889466 | Email/Text: bankruptcynotice@sjindustries.com | Mar 01 2024 21:37:00 | South Jersey Gas, 1 S Jersey Pl, Atlantic City, NJ 08401-6069 |
| 519889468 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 01 2024 21:38:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519889469 | ^ MEBN | Mar 01 2024 21:27:49 | State of New Jersey, Office of the Attorney General, PO Box 080, Trenton, NJ 08625-0080 |
| 519949937 | + Email/PDF: ebn_ais@aisinfo.com | Mar 01 2024 21:48:36 | Synchrony Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519889470 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2024 21:48:19 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 519889471 | Email/Text: famc-bk@1stassociates.com | Mar 01 2024 21:40:00 | The Bank of Missouri, Attn: Bankruptcy, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 519889473 | Email/Text: bankruptcy@bbandt.com | Mar 01 2024 21:39:00 | Truist, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 519923528 | + Email/Text: bankruptcy@bbandt.com | Mar 01 2024 21:39:00 | Truist Bank, Attn: Default Bankruptcy Mgmt, PO BOX 85092, Richmond, VA 23285-5092 |
| 519899163 | + Email/Text: electronicbkydocs@nelnet.net | Mar 01 2024 21:40:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519889475 | ^ MEBN | Mar 01 2024 21:27:14 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 519889476 | Email/Text: bknotice@upgrade.com | Mar 01 2024 21:37:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 01, 2024 | Form ID: plncf13 | Total Noticed: 45 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2024          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew M. Lubin | on behalf of Creditor Navy Federal Credit Union nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Marisa Myers Cohen | on behalf of Creditor Navy Federal Credit Union nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Michael I. Assad | on behalf of Debtor Richard An Tran Nguyen help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5