Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-13081 (ABA)

Richard An Tran Nguyen  
771 East Broad Street  
Gibbstown, NJ  08027-1141

Monthly Payment: $217.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2024 | $200.00 | 02/05/2024 | $200.00 | 03/04/2024 | $200.00 | 03/25/2024 | $17.00 |
| 04/03/2024 | $217.00 | 05/08/2024 | $217.00 | 06/05/2024 | $217.00 | 07/15/2024 | $217.00 |
| 08/08/2024 | $217.00 | 09/13/2024 | $217.00 | 10/04/2024 | $217.00 | 11/12/2024 | $217.00 |
| 12/09/2024 | $217.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RICHARD AN TRAN NGUYEN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL I. ASSAD, ESQUIRE | 13 | $3,561.00 | $3,131.76 | $429.24 | $0.00 |
| 0 | EDWARD J. GRUBER, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $6,000.00 | $0.00 | $6,000.00 | $0.00 |
| 2 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $11,611.43 | $0.00 | $11,611.43 | $0.00 |
| 4 | CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CITY OF PHILADELPHIA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CITY OF PHILADELPHIA LAW DEPARTMENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | COUNTY OF GLOUCESTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CREDIT ACCEPTANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DISCOVER BANK | 33 | $1,126.01 | $0.00 | $1,126.01 | $0.00 |
| 10 | GOLDMAN SACHS BANK USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | GREAT LAKES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | NAVY FEDERAL CREDIT UNION | 24 | $6,169.27 | $0.00 | $6,169.27 | $0.00 |
| 15 | NEW JERSEY TURNPIKE AUTHORITY | 33 | $206.08 | $0.00 | $206.08 | $0.00 |
| 16 | ONEMAIN FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PSE&G | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | PENNSYLVANIA ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PENNSYLVANIA DEPARTMENT OF REVENUE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PENNSYLVANIA OFFICE OF GENERAL COUNSEL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PHILADELPHIA PARKING AUTHORITY | 33 | $247.00 | $0.00 | $247.00 | $0.00 |
| 22 | POLICE & FIRE FEDERAL CREDIT UNION | 33 | $5,032.43 | $0.00 | $5,032.43 | $0.00 |
| 23 | SOUTH JERSEY GAS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SOUTH JERSEY TRANSPORTATION AUTHORITY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | SYNCHRONY BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | THE BANK OF MISSOURI | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | TOWNSHIP OF GREENWICH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | TRUIST BANK | 33 | $6,795.18 | $0.00 | $6,795.18 | $0.00 |
| 31 | U.S. ATTORNEY, DISTRICT OF N.J. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | U.S. DEPARTMENT OF EDUCATION | 33 | $6,438.10 | $0.00 | $6,438.10 | $0.00 |
| 33 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | UPGRADE, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | MICHAEL I. ASSAD, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | DISCOVER BANK | 33 | $10,315.38 | $0.00 | $10,315.38 | $0.00 |
| 38 | QUANTUM3 GROUP, LLC | 33 | $5,240.11 | $0.00 | $5,240.11 | $0.00 |
| 39 | SYNCHRONY BANK | 24 | $768.01 | $0.00 | $768.01 | $0.00 |
| 40 | NAVY FEDERAL CREDIT UNION | 13 | $699.00 | $614.74 | $84.26 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2023 | 9.00 | $0.00 |
| 02/01/2024 | Paid to Date | $2,200.00 |
| 03/01/2024 | 49.00 | $217.00 |
| 04/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,570.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $195.30 |
| Arrearages: | $0.00 |
| Attorney: | EDWARD J. GRUBER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**